Record and Return to:
Jennifer McGovern
BayView Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, Florida 33146

Doc# 2007061656
Bk 15    Pg 0090
Receiv_ York SS
12/10/2007    9:47AM
Debra L. Anderson
Register of Deeds

**EXHIBIT C**

## ASSIGNMENT OF MORTGAGE

BV Loan#: 2967738

Know all men by these presents that MIDDLEBURY EQUITY PARTNERS, LLC, existing under the laws of the state of Delaware, with an address of Post Office Box 25, Hinsdale, New Hampshire, herein designated as the Assignor, for and in consideration of the sum of ONE DOLLAR and other good and valuable consideration, the receipt whereof is hereby acknowledged, does by these presents assign to ___Bayview Loan Servicing, LLC___ 4425 Ponce de Leon Blvd., 5th Fl  Coral Gables, Fl 33146 designated as the Assignee, a certain Mortgage Deed dated 3/1/2005, made by Kittery Point Partners, LLC, on real property located at 10 Lawrence Lane, Kittery, Maine and more fully described as follows: SEE EXHIBIT "A" ATTACHED HERETO

To secure payment of the sum of Six Hundred Thousand and 00/100ths Dollars ($600,000.00) which mortgage is recorded in the clerk's office of the county of York, Maine, in Book 15315 of Mortgages on Page 80 on _____ (Recorded Simultaneously Herewith) Original Lender: Middlebury Equity Partners, LLC

TOGETHER with the Bond, Note or other Obligation therein described, and the money due and to grow due thereon with the interest.

TO HAVE AND TO HOLD the same unto said Assignee forever, subject only to all the provisions contained in the said Mortgage and the Bond, Note or other Obligation.

IN WITNESS WHEROF, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed.

IN PRESENCE OF:                                  MIDDLEBURY EQUITY PARTNERS, LLC.

_Rosemary LeBlanc_                               _Lawrence Enright_
Witness                                          Lawrence Enright, Duly Authorized Agent
Rosemary LeBlanc

STATE OF NEW HAMPSHIRE
COUNTY OF CHESHIRE

At Hinsdale, in said County and State, this 27th day of April, 2005, personally appeared LAWRENCE ENRIGHT, Duly Authorized Agent of MIDDLEBURY EQUITY PARTNERS, LLC, known to me, who acknowledged this instrument, by him signed, to be his free act and deed and the free act and deed of MIDDLEBURY EQUITY PARTNERS, LLC.

Seal

Before me, _Rosemary LeBlanc_
Notary Public
Rosemary LeBlanc
Notary commission issued in Cheshire County
My commission expires: October 24, 2006

ROSEMARY LEBLANC
Notary Public - New Hampshire
My Commission Expires October 24, 2006

(Corporate Seal: MIDDLEBURY EQUITY PARTNERS, LLC.)

NO SCHEDULE ATTACHED AT TIME OF RECORDING

Prepared By: Lorene Wright
Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

00355139176

EXHIBIT D

App. 066