```
Doc# 2006005017
Bk 14740  Pg 0636
Received York SS
01/27/2006    1:56PM
Debra L. Anderson
Register of Deeds
```

**EXHIBIT E**

## QUITCLAIM DEED
## WITHOUT COVENANTS

Know All By These Presents that **JAMES P. AUSTIN, III**, with a mailing address of 10 Lawrence Lane, P. O. Box 278, Kittery Point, Maine 03904, for consideration paid, grants to **KITTERY POINT PARTNERS, LLC**, A Delaware limited liability company with an address of P. O. Box 148, Brattleboro, Vermont 05302, with Quitclaim Covenants, a certain lot or parcel of land situated in Kittery Point, in the Town of Kittery, County of York and State of Maine, consisting of land with certain buildings thereon, bounded and described as follows:

Beginning at a point on the Westerly sideline of Lawrence Lane, so-called, thence running in a Southwesterly direction by land now or formerly of Storer G. Decatur to the Piscataqua River; thence running generally Easterly by said River to land now or formerly of William W. Howells; thence running generally Northerly by land now or formerly of William W. Howells and Lawrence Lane to the point of beginning.

Meaning and intending to convey and hereby conveying the same premises conveyed to James P. Austin, III by deed of Ashton George and Malcolm George dated January 17, 2000, and recorded in the York County Registry of Deeds in Book 9885, Page 252. See also York County Probate Court, Docket #2002-0411.

This is not homestead property.

WITNESS my hand this 26th day of May, 2005.

_____         _____
Witness                                                   James P. Austin, III

STATE OF MAINE
COUNTY OF YORK

Then personally appeared the above-named James P. Austin, III and acknowledged the foregoing instrument to be his free act and deed this 26th day of May, 2005, before me,

_____
Notary Public  Gealyn H. Theriault  (Seal)
Commission expiration: 10/14/05

No R.E. Transfer Tax Paid

IPg→Middlebury Equity Partners
P.O. Box 25
Hinsdale, N.H. 03451

EXHIBIT A

App. 042