# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: Kittery Point Partners, LLC, <br><br>Debtor | Chapter 11 <br> Case No. 17-20316 |
| Kittery Point Partners, LLC, <br><br>Plaintiff <br> v. <br> Bayview Loan Servicing LLC & Todd Enright, <br><br>Defendants | Adv. Proc. No. 17-2065 |

## SCHEDULING ORDER

Kittery Point Partners, LLC filed its Second Amended Complaint to Avoid Obligations and Transfers, Recover Money Damages, and for Other Relief. [Dkt No. 51.] The Court held a status conference on the Second Amended Complaint on April 2, 2018, during which it established the following deadlines:

Under Fed. R. Civ. P. 15(a)(3), the deadline for Todd Enright to answer or respond to the Second Amended Complaint is April 20, 2018. If Mr. Enright files a motion seeking dismissal of the Second Amended Complaint under Fed. R. Civ. P. 12(b)(6), Kittery Point's deadline to object to that motion is May 4, 2018. If Kittery Point files an objection, Mr. Enright will have until May 16, 2018 to file a reply (which shall not exceed seven pages in length). If a motion, objection, and reply are filed according to this briefing schedule, the Court will either schedule a hearing on the motion or decide the motion on the papers without a hearing.

- 2 -

The deadline for Bayview Loan Servicing LLC to answer or otherwise respond to the Second Amended Complaint is hereby suspended pending further order of the Court.

Date:   April 2, 2018

Michael A. Fagone
United States Bankruptcy Judge
District of Maine