## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **KITTERY POINT PARTNERS, LLC,** | ) | **Chapter 11** |
| | ) | **Case No. 17-20316** |
| Debtor. | ) | |
| | ) | |
| **KITTERY POINT PARTNERS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Adv. Proc. 17-2065** |
| | ) | |
| **BAYVIEW LOAN SERVICING, LLC and TODD ENRIGHT,** | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL OF CAUSES OF ACTION
### AS TO DEFENDANT TODD ENRIGHT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable hereto by Bankruptcy Rule of Civil Procedure 7041, Plaintiff hereby dismisses Counts II and III of its Second Amended Complaint to Avoid Obligations and Transfers, Recover Money Damages, and For Other Relief [D.E. 51] (the "Second Amended Complaint"), which assert causes of action against Defendant Todd Enright ("Enright"), WITHOUT PREJUDICE, Enright having neither answered the Second Amended Complaint or filed a motion for summary judgment as to the same.

Dated: May 18, 2018            /s/ Katherine M. Krakowka
                               George J. Marcus
                               David C. Johnson
                               Katherine M. Krakowka

                               MARCUS | CLEGG
                               One Canal Plaza, Suite 600
                               Portland, ME  04101
                               (207) 828-8000

                               Counsel for Kittery Point Partners, LLC

**CERTIFICATE OF SERVICE**

I, Holly C. Pelkey, hereby certify that I am over eighteen years old and caused a true and correct copy of the foregoing document to be served electronically on the parties receiving service in this case through the Court's CM/ECF electronic filing system on May 18, 2018.

/s/ Holly C. Pelkey
Holly C. Pelkey
Legal Assistant

## Mailing Information for Case 17-02065

## Electronic Mail Notice List

- David C. Johnson    bankruptcy@marcusclegg.com, dcj@marcusclegg.com
- George J. Marcus    bankruptcy@marcusclegg.com, G30914@notify.cincompass.com
- Jeffrey T. Piampiano    jpiampiano@dwmlaw.com, sswander@dwmlaw.com
- Andrew W. Sparks    asparks@ddlaw.com, ssullivan@ddlaw.com
- Jeffrey D. Sternklar    jeffrey@sternklarlaw.com, jdsternklar@yahoo.com