# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Kittery Point Partners, LLC, | ) | Chapter 11 |
| | ) | Case No. 17-20316 |
| Debtor | ) | |
| | ) | |
| | ) | |
| Kittery Point Partners, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adv. Proc. 17-2065 |
| | ) | |
| Bayview Loan Servicing LLC | ) | |
| & Todd Enright, | ) | |
| | ) | |
| Defendants | ) | |

## ORDER DENYING MOTION TO LIFT SUSPENSION
## OF PROCEEDINGS AND FOR RELATED RELIEF

The Court has considered the Motion to Lift Suspension of Proceedings and for Related Relief [Dkt. No. 68] (the "Motion"), the Objection to that Motion [Dkt. No. 69], and the arguments made at the hearing on August 30, 2018. The Motion is hereby denied.

The reasons that justified issuance of the Court's order dated April 2, 2018 [Dkt. No. 58] are still extant today. Bayview may not have moved with alacrity in the state court proceeding after receiving relief from stay in April 2018. *See* [Case No. 17-20316, Dkt. No. 106, at ¶ 1]. However, Kittery Point Partners, LLC has not articulated good grounds for fixing a deadline for Bayview Loan Servicing, LLC to answer or respond to the Second Amended Complaint in this adversary proceeding given the status of the state court litigation between these parties.

Dated: September 11, 2018

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine