**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **KITTERY POINT PARTNERS, LLC,** | ) | **Chapter 11** |
| | ) | **Case No. 17-20316** |
| Debtor. | ) | |
| | ) | |
| **KITTERY POINT PARTNERS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Adv. Proc. 17-2065** |
| | ) | |
| **BAYVIEW LOAN SERVICING, LLC and TODD ENRIGHT,** | ) | |
| | ) | |
| Defendants. | ) | |

**KITTERY POINT PARTNERS, LLC'S NOTICE OF APPEAL
FROM CERTAIN ORDERS AND JUDGMENTS**

Kittery Point Partners, LLC ("KPP"), the Debtor in the above-captioned bankruptcy proceeding and the plaintiff in the above-captioned adversary proceeding, appeals under 28 U.S.C. §§ 158(b) and 158(c)(1) and 1st Cir. BAP L.R. 8005-1(a) this Court's (a) Final Judgment; and (b) Order Determining Objection to Claim dated December 20, 2019, and entered on the docket in this bankruptcy case on the same date at docket entry 77. In addition, KPP appeals the Court's then-interlocutory (i) Order Granting Motions to Dismiss and Granting Leave to File Amended Complaint dated March 9, 2018; and (ii) Memorandum of Decision dated March 12, 2018[1] and entered on the docket in the above-captioned adversary proceeding at docket entries 42 and 47 respectively.

---

[1] A prior version of the Memorandum of Decision was entered on the adversary proceeding docket on March 9, 2018 at docket entry 43 but was superseded by the March 12th version. *See* adversary proceeding docket entry 46.

The names of all parties to the aforementioned Final Judgment, Order and Memorandum of Decision and the names, addresses, and telephone numbers of their respective attorneys are as follows:

- **Bayview Loan Servicing, LLC**, represented in this matter by Andrew W. Sparks, Esq., of the law firm Drummond & Drummond, One Monument Way, Portland, ME 04101, (207) 774-0317.

DATED: January 2, 2020

/s/ David C. Johnson
George J. Marcus, Esq.
David C. Johnson, Esq.

MARCUS | CLEGG
16 Middle Street, Unit 501
Portland, ME  04101
(207) 828-8000

Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

    I, David C. Johnson, hereby certify that I am over eighteen years old and caused a true and correct copy of the foregoing document to be served electronically on the parties receiving service in this case through the Court's CM/ECF electronic filing system on January 2, 2020.

                                      /s/ David C. Johnson
                                      David C. Johnson