# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

---

**BAP NO. EP 20-001**

---

Bankruptcy Case No. 17-20316-MAF
Adversary Proceeding No. 17-02065-MAF

---

**KITTERY POINT PARTNERS, LLC,**
Debtor.

---

**KITTERY POINT PARTNERS, LLC,**
Plaintiff-Appellant,

v.

**BAYVIEW LOAN SERVICING, LLC,**
Defendant-Appellee.

---

**BAP NO. EP 20-005**

---

Bankruptcy Case No. 17-20316-MAF

---

**KITTERY POINT PARTNERS, LLC,**
Debtor.

---

**KITTERY POINT PARTNERS, LLC,**
Appellant,

v.

**BAYVIEW LOAN SERVICING, LLC,**
Appellee.

---

# **JUDGMENT**

This cause came to be heard from the United States Bankruptcy Court for the District of Maine. Upon consideration whereof, and in accordance with the Opinion entered of even date, it is now **ORDERED AND ADJUDGED** that the following orders of the bankruptcy court are hereby **AFFIRMED:** (1) the order entered in the main bankruptcy case overruling the debtor's objection to the proof of claim filed by Bayview Loan Servicing, LLP ("Bayview"); (2) the Final Judgment entered in favor of Bayview in the related adversary proceeding; and the (3) Order Granting Motions to Dismiss and Granting Leave to File Amended Complaint dated March 9, 2018, and related Memorandum of Decision dated March 12, 2018, entered in the adversary proceeding.

FOR THE PANEL:

Dated: January 14, 2021          By:     /s/ Leslie C. Storm
                                         Leslie C. Storm, Clerk

[cc: Hon. Michael A. Fagone; Clerk, U.S. Bankruptcy Court, District of Maine; and George Marcus, Esq.; David Johnson, Esq.; Adam Prescott, Esq.; Andrew Sparks, Esq.]